UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )    CR4:08-00257<br>) |
| JOSE GARCIA-SUAREZ,<br>d/b/a/ CONTINIUM | )<br>) |

## ORDER

The Government filed a Motion to Dismiss the Indictment under Federal Rule of Criminal Procedure 48(a). Upon consideration, this case is hereby **DISMISSED without Prejudice**. The clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 14th day of June, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA